CARL A. WESCOTT
8210 E. Via de la Escuela
Scottsdale, AZ 85258
in propria persona
CARLWSOJ@GMAIL.COM
+1 936 937 2688

**FILED**

MAY 16 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT J. BLOCK, et al.<br><br>Defendants | Civil Action No. **22-cv-00543-EMC**<br><br>**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER AND ITS REPORT AND RECOMMENDATION SCREENING COMPLAINT PURSUANT TO 28 U.S.C. § 1915(E)** |

Plaintiff Carl A. Wescott, proceeding pro se, responds to this Court's Order and Report and Recommendation Screening Complaint with this concise Memorandum of Points & Authorities. Following the Court's Order of April 18th, 2022, the Plaintiff will serve a proposed Amended Complaint shortly, by the Court's deadline of May 18th, 2022.

1. <u>Introduction</u>

As a threshold matter, this Plaintiff is grateful to the Court for taking the time to point out the deficiencies in his initial Complaint. The Plaintiff also wishes to apologize for not responding sooner; he did not receive the mail with the Court's Order and Report and Recommendation Screening Complaint until May 2nd, 2022.

The Plaintiff agrees with the Court that Defendants Milla Lvovich and Lvovich and Szucsko, P.C. should be dismissed unless the Plaintiff properly alleges reasons that those Defendants have liability.

1. <u>Plaintiff plans to file an Amended Complaint</u>

Naturally, the Plaintiff wants to conform his pleading to the points made by the Court in its diligent and helpful Order. The Plaintiff has begun to draft the Amended Complaint and will have completed the draft by May 18th, 2022. The Plaintiff, a legal layperson, cannot file electronically and thus he will mail it as quickly as possible, using Priority Mail.

In this case, the Plaintiff's ex-wife Monette Stephens bribed a paralegal working in the law office of opposing counsel (Robert J. Block), providing a series of commercial bribes to Mr. Block. The Plaintiff will attach proof of these allegations to the Amended Complaint, as exhibits. The Plaintiff alleged in the filed complaint that Stephens, along with her attorneys at Lvovich and Szucsko, P.C. obtained trade secrets of the Plaintiff's and of his client, Salveo Capital. The Plaintiff will be more precise with exactly which trade secrets were stolen, and when, in his Amended Complaint. The Plaintiff will attach some of the emails from Mr. Block to Ms. Stephens as exhibits to the Amended Complaint. The Defendants then misused the Trade Secrets, costing the Plaintiff over US $200,000.

In general, the Plaintiff believes that by pleading with more specificity and particularity, and by attaching evidence, that the Court will agree that the Plaintiff is stating claims for which relief may be granted. The Plaintiff will also attach a sworn affidavit or convert the complaint into a

**PLAINTIFF'S RESPONSE TO THE COURT'S RECOMMENDATION SCREENING COMPLAINT PURSUANT TO 28 U.S.C. § 1915(E)**
2

verified complaint. The Plaintiff apologizes for his inartful pleading, that he will significantly improve.

The Plaintiff thanks the Court for considering these points. The Plaintiff believes that he has a case that has causes of action that are valid and whose elements can be proven at a future jury trial. The Plaintiff plans to hire an attorney in the future when he can afford one.

The Plaintiff has been damaged by the rather outrageous (and unethical and illegal) conduct of the Defendants, who deny their liability. The Plaintiff would like this controversy to be adjudicated based on its merits. The Plaintiff will follow the Court's Order in filing an Amended Legal Complaint shortly, which he is already drafting in parallel with this Response. The Plaintiff believes that the Amended Legal Complaint will successfully pass the Court's 28 U.S.C. 1915(E) screening (and a future Motion to Dismiss, should one be filed). The Plaintiff looks forward to his future day in Court.

RESPECTFULLY SUBMITTED


    *Carl A. Wescott*    .
Carl A. Wescott, pro se
Monday, May 10th, 2022

**PLAINTIFF'S RESPONSE TO THE COURT'S RECOMMENDATION SCREENING COMPLAINT PURSUANT TO 28 U.S.C. § 1915(E)**



530931-281-96-PRI
CARL A WESCOTT
8210 E Via de la Escuela
Scottsdale, AZ 85258

1****************************SNGLP 480

Clerk of the Court
United States District Court
450 Golden Gate Ave FL 16
San Francisco, CA 94102-3426

RECEIVED
MAY 16 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Presorted
First-Class Mail
U.S. Postage Paid
C2M LLC
22202