UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br>　　　　Plaintiff,<br>　　v.<br>ROBERT J. BLOCK, et al.,<br>　　　　Defendants. | Case No. 22-cv-00543-EMC<br><br>**ORDER OF DISMISSAL** |

Previously, the Court issued an order directing Mr. Wescott to show cause why (1) his claim against Ms. Stephens should not be dismissed without prejudice based on a failure to prosecute and (2) his claims against Mr. Block should not be dismissed without prejudice in light of his settlement with Mr. Block. The Court directed Mr. Wescott to file a response by February 22, 2023, and noted that, if a response were not timely filed, then the Clerk of the Court should automatically dismiss the remaining claims in their entirety and close the file in the case.

Mr. Wescott filed an untimely response to the order to show cause. Nevertheless, in the interest of justice, the Court considers the response. In the response, Mr. Wescott states that he agrees Mr. Block should be dismissed without prejudice. Mr. Wescott does not make any statement about his claim against Ms. Stephens.

///

///

///

///

///

1   Accordingly, the Court hereby dismisses both the claim against Ms. Stephens and the
2   claims against Mr. Block without prejudice.  As there are no other claims remaining in this case,
3   the Court orders the Clerk of the Court to enter a final judgment in accordance with this order and
4   close the file in this case.

6   **IT IS SO ORDERED**.

8   Dated: February 28, 2023

_____
EDWARD M. CHEN
United States District Judge