FILED

FEB 28 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CARL A. WESCOTT
8210 E. Via de la Escuela
Scottsdale, AZ 85258
*in propria persona*
CARLWSOJ@GMAIL.COM
+1 276 773 7377

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT J. BLOCK,<br>MONETTE R. STEPHENS,<br><br>Defendants | Civil Action No. **22-cv-00543-EMC**<br><br>**PLAINTIFF'S DISMISSAL OF DEFENDANT ROBERT J. BLOCK WITHOUT PREJUDICE** |

Plaintiff Carl A. Wescott, proceeding *pro se,* hereby dismisses Defendant Robert J. Block without prejudice.

RESPECTFULLY SUBMITTED

FEBRUARY 27th, 2023

CARL A. WESCOTT, *pro se*

**PLAINTIFF'S DISMISSAL OF DEFENDANT
ROBERT J. BLOCK WITHOUT PREJUDICE**

Ms Marjatta Wescott
8210 E Via De La Escuela
Scottsdale, AZ 85258

PHOENIX AZ 852
25 FEB 2023 PM 5 L

94102-349519

Clerk
c/so court
District of California
c/so Golden Gate Avenue
16 th Floor
SF CA 94102

INSPECTED BY
FEB 28 2023
U.S. MARSHALS SERVICE