**FILED**

**FEB 28 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CARL A. WESCOTT
8210 E. Via de la Escuela
Scottsdale, AZ 85258
*in propria persona*
CARLWSOJ@GMAIL.COM
+1 936 937 2688

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT J. BLOCK,<br>MONETTE R. STEPHENS,<br><br>Defendants | Civil Action No. **22-cv-00543-EMC**<br><br>**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE** |

Plaintiff Carl A. Wescott, proceeding *pro se,* hereby responds to the Court's Order to Show Cause, signed on February 8th, 2023.

First, the Plaintiff apologizes to the Court, as the Plaintiff does not have electronic access to the docket, and did not see the OSC until a couple days ago. The response is due today, February 22nd, 2023.

The Plaintiff attended the last status conference for this case late last year. What the Plaintiff heard during the hearing is that the case would be reset for the next status conference on Monday, January 16th, 2023. However, that was Martin Luther King Day. Perhaps the Plaintiff did not hear

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

the date correctly.  The Plaintiff received no written notice about a hearing on January 18th, 2023, or any other hearing.  The Plaintiff, in propria persona, does not have electronic access to the docket, and is dependent on Court mailings to him.

The Plaintiff has great respect for the Courts and wishes to follow all Court orders and whatever procedures are proper.

The Plaintiff agrees with the Court that Mr. Block should be dismissed without prejudice, even though Mr. Szucsko's insurer (to whom the claim was tendered) has apparently neglected both its duty to defend and its duty to indemnify workers who worked for Mr. Szucsko, however wrongful and illegal their conduct was.  In this case, Ms. Stephens and Mr. Szucsko provided a series of commercial bribes and kickbacks totaling approximately US $15,000 to steal confidential and privileged information from the law office of opposing counsel.  In doing so, the Plaintiff believes that Ms. Stephens and Mr. Szucsko committed a series of felonies under California law.  Relatedly, bribing opposing counsel to steal confidential and privileged information from the opposing law office has been grounds for disbarment by the California Bar.  Mr. Block is already disbarred, and presumably, Mr. Szucsko, while dismissed from this case by this Court, will face significant discipline from the California bar.

However illegal and tortious the Defendants' actions have been, though, the Plaintiff agrees with the Court that Mr. Block should now be dismissed from this case.  The Plaintiff will dismiss Mr. Block no later than March 2nd, 2023.

RESPECTFULLY SUBMITTED on FEBRUARY 22nd, 2023

CARL A. WESCOTT, *pro se*

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

2

PHOENIX AZ 852
24 FEB 2023 PM 11 L

RECEIVED

FEB 28 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102-342616

Clerk
USDC
450 Golden Gate Ave, 16th Floor
San Francisco, CA
94102

